**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE ORTEGA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.: 2:22-cv-09228-ODW-MRW<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>Hon. Otis D. Wright, II |

| | |
|---|---|
| 1 | **TO THIS COURT AND ALL PARTIES AND THEIR RESPECTIVE** |
| 2 | **ATTORNEYS OF RECORD:** |
| 3 | **PLEASE TAKE NOTICE** that the action has settled on an individual basis. |
| 4 | Therefore, Plaintiff Ronnie Ortega respectfully requests that all pending deadlines |
| 5 | be vacated, and that the Court afford the parties sixty (60) days from the date of |
| 6 | this notice's filing to file a joint stipulation to dismiss pursuant to Fed. R. Civ. P. |
| 7 | 41(a)(1)(A)(ii). |

Dated: February 13, 2023

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ *Jason Ibey*
      JASON A. IBEY, ESQ.
      jason@kazlg.com

*Attorney for Plaintiff*