JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:22-cv-09228-ODW (MRWx) | Date | April 6, 2023 |
|---|---|---|---|
| Title | *Ronnie Ortega v. Target Corporation* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

Pursuant to the parties' Joint Stipulation to Dismiss Action, (ECF No. 22), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that:

1. The entire action and all individual claims asserted therein are hereby **DISMISSED WITH PREJUDICE**;

2. The entire action and all class claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**;

3. All remaining dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |